No. 24,764.

THE STATE OF KANSAS, *ex rel.* TINKHAM VEALE, County Attorney of Shawnee County, *Appellee,* v. REGINALD GRICE, *Appellant.*

INJUNCTION—*Obstructions in Public Highway.*

Appeal from Shawnee district court, division No. 2; GEORGE H. WHITCOMB, judge. Opinion filed February 10, 1923. Affirmed.

*W. R. Hazen,* of Topeka, for the appellant.

*C. B. Griffith,* attorney-general, *Tinkham Veale,* county attorney, and *Ralph H. Gaw,* assistant county attorney, for the appellee.

*Per Curiam:* This appeal, in all its material aspects, is governed by the opinion and decision in *The State, ex rel., v. Paul,* ante, p. 826, and the judgment herein is accordingly affirmed.